[No. 59677-2-I.   Division One.   March 17, 2008.]

HCM PARTNERSHIP ET AL., *Appellants*, v. JACK A. JOHNSON ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 03-2-06808-8, Richard J. Thorpe, J., entered March 12, 2007. *Affirmed* by unpublished per curiam opinion.

[No. 59706-0-I.   Division One.   March 17, 2008.]

*In the Matter of the Parenting and Support of* C.K.M.-S.

KAYE LEE MILLER, *Respondent*, v. TY E. SAUVE, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 05-3-06333-9, Glenna Hall, J., entered February 21, 2007. *Affirmed in part, reversed in part*, and *remanded* by unpublished per curiam opinion.

[No. 59711-6-I.   Division One.   March 17, 2008.]

*In the Matter of the Marriage of* MICHELLE SPRING, *Appellant*, and DAVID SPRING, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 02-3-07049-7, James A. Doerty, J., entered March 13, 2007. *Affirmed* by unpublished per curiam opinion.

[No. 59827-9-I.   Division One.   March 17, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. JEREMY EDWARD YEAGER, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 06-1-03031-8, Michael Heavey, J., entered April 11, 2007. *Affirmed* by unpublished per curiam opinion.